UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY CROZIER, | ) | 3:09-CV-0755-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 17, 2010 |
| | ) | |
| ADAM ENDEL, et al., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN          </u> REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PETITIONER(S): <u>NONE APPEARING</u>

COUNSEL FOR RESPONDENT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for reconsideration (#11) of the court's order dated March 29, 2010 (#9) is **DENIED**. Plaintiff's complaint will be screened as required pursuant to 28 U.S.C. § 1915A as soon as the court's schedule permits and in the order it was received.

    **IT IS SO ORDERED.**

                                                 LANCE S. WILSON, CLERK

                                      By:_____/s/_____
                                                Deputy Clerk