AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JEREMY A. CROZIER,

   Plaintiff,    JUDGMENT IN A CIVIL CASE
 V.

          CASE NUMBER: **3:10-cv-00755-LRH-VPC**

ADAM ENDEL, et al.,

   Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the complaint and this entire action are DISMISSED WITH PREJUDICE. FURTHER ORDERED AND ADJUDGED that all defendants are DISMISSED WITH PREJUDICE.

 December 10, 2010        **LANCE S. WILSON**
                 Clerk

                 /s/ Katie Lynn Ogden
                 Deputy Clerk