UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JEREMY A. CROZIER, #77906 | ) ) ) | |
| Plaintiff, | ) ) | 3:09-cv-00755-LRH-VPC |
| vs. | ) ) | **ORDER** |
| ADAM ENDEL, *et al.*, | ) ) | |
| Defendants. | ) ) | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On August 17, 2011, the Ninth Circuit Court of Appeals affirmed in part and vacated in part this court's Order dismissing plaintiff's complaint without leave to amend (ECF #21). On October 11, 2011, plaintiff filed an amended complaint (ECF #24). On October 19, 2011, this court screened the amended complaint pursuant to 28 U.S.C. § 1915A and dismissed it with leave to file a second amended complaint if plaintiff was able to cure the deficiencies of the amended complaint. The court expressly warned plaintiff that failure to respond to this court's Order would result in dismissal of this action. The Order was served on plaintiff at his address of record.

More than the allotted time has elapsed and plaintiff has not responded to the court's Order in any manner. Accordingly, this entire action is dismissed for failure to comply with the court's Order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

///

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 29th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE